**Motion Granted and Order filed March 28, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01032-CV
_____

### REGINALD PETTEWAY, Appellant

### V.

### MORLOCK L.L.C., Appellee

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1014875**

## ORDER

Appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 12-38678. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on January 11, 2013, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On March 12, 2013, appellee filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order lifting the stay for purposes of this appeal.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

The record is due to be filed with the clerk of this court on or before **April 29, 2013.**

PER CURIAM